**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**


COLLEEN B. ANDERSON,

        Plaintiff,

vs.                                   CASE NO. 5:09cv282/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

        Defendant.
_____/

## ORDER

       Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No

objections have been filed.

       **IT IS ORDERED**:

       1.      The Magistrate Judge's Report and Recommendation is approved and

              incorporated in this Order.

       2.      The decision of the Commissioner of Social Security is **reversed** pursuant

              to sentence four of 42 U.S.C. §405(g) and is remanded to the

              Commissioner for further consideration consistent with the Report and

              Recommendation.

       3.      The clerk is directed to close the file.


       **ORDERED** on September 22, 2010.


                             /S/ Richard Smoak                   
                             **RICHARD SMOAK**
                             **UNITED STATES DISTRICT JUDGE**