## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

COLLEEN B. ANDERSON,

    Plaintiff,

vs.                                    CASE NO. 5:09cv282/RS-MD

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration,

    Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 25). No objections have been filed.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's Petition for Attorney's Fees (Doc. 23) is **granted**.

3. Pursuant to 28 U.S.C. §2412 (EAJA), the Plaintiff is entitled to recover reasonable fees in the amount of $3,815.60 for representation by her attorney, Heather M. Freeman, before the United States District Court for the Northern District if Florida. The attorney's fee under the EAJA in the amount of $3,815.60 is reasonable, and the Commissioner is directed to pay that amount to Plaintiff.

4. Payment shall be mailed to Plaintiff's attorney, Heather M. Freeman, at 55 W. Monroe Street, Suite 2440, Chicago, Illinois 60603.

5. The clerk is directed to close the file.

**ORDERED** on March 30, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**